```
MELINDA HAAG
United States Attorney
MIRANDA KANE
Chief, Criminal Division
THOMAS M. NEWMAN
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6888
    Fax: (415) 436-7234
    E-Mail: thomas.newman2@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-266-CRB |
| Plaintiff, ) | |
| v. ) | STIPULATION SETTING HEARING |
| PEGGIE TERRY and ) | |
| CARLISHA LAWSON, ) | |
| Defendants. ) | |

  This matter was set for a status conference on May 18, 2012.  That hearing was set prior to re-assignment of this matter to the Honorable Charles R. Breyer and the May 18, 2012 hearing was vacated.  The parties stipulate to set a status hearing before Judge Breyer on June 20, 2012, at 2:00 pm.

  The Indictment in this case alleges that the defendant conspired with others to file false claims.  The government provided discovery at the defendant's initial appearance and will supplement that discovery after obtaining a protective order regarding the remaining discovery.  The defendant continues to review the materials provided by the government.

*Stipulation*
*Case No. CR 12-266-CRB*

1  For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to
2  June 20, 2012, at 2:00 pm for a status hearing and that time under the Speedy Trial Act be
3  excluded from May 18, 2012 until that date because the ends of justice outweigh the best interest
4  of the public and the defendant in a speedy trial, for effective preparation of defense counsel,
5  taking into account the exercise of due diligence, and for continuity of defense counsel.  18
6  U.S.C. § 3161(h)(7)(A) and (B)(iv).

8  DATED: May 18, 2012                           Respectfully submitted,

10                                                MELINDA HAAG
                                                  United States Attorney

12                                                _____/s/_____
                                                  THOMAS M. NEWMAN
13                                                Assistant United States Attorney
                                                  Tax Division

16                                                _____/s/_____
                                                  JOHN RUNFOLA
                                                  Attorney for defendant Peggie Terry

*Stipulation*
*Case No. CR 12-266-CRB*                    -2-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-266-CRB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PEGGIE TERRY and<br>CARLISHA LAWSON, | ) | |
| Defendants. | ) | |

Good cause appearing therefor, IT IS ORDERED that this matter be continued until June 20, 2012, and that time under the Speedy Trial Act be excluded until that date because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, taking into account the exercise of due diligence, and for continuity of defense counsel. 18 U.S.C. § 3161(h)(7).

DATED: May 18, 2012

IT IS SO ORDERED
Judge Charles R. Breyer
United States District Judge

*Stipulation*
*Case No. CR 12-266-CRB*         -3-